ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al. *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. *Respondents*. | No. 24-1354 |

**EPA'S STATUS REPORT**

As ordered by the Court on February 6, 2025, EPA submits this status report:

Petitioners challenge EPA's final rule entitled "Review of Final Rule Reclassification of Major Sources as Area Sources Under Section 112 of the Clean Air Act." 89 Fed. Reg. 73,293 (Sept. 10, 2024). On June 20, 2025, the President signed a joint resolution disapproving this rule under the Congressional Review Act. *See* Pub. L. No. 119-20. EPA is discussing with Petitioners voluntary dismissal of their petitions for review.

1

Separately, EPA notes that consolidated petitions for review of a 2020 rule entitled "Reclassification of Major Sources as Area Sources Under Section 112 of the Clean Air Act," 85 Fed. Reg. 73,854 (Nov. 19, 2020), remain pending before this Court. *Cal. Communities Against Toxics, v. EPA*, No. 21-1024 (Consolidated with No. 21-1034). The 2020 rule involves certain issues related to the issues raised in this action. Motions to govern in that case are due on August 14, 2025. Doc. # 2127197.

                                                Respectfully submitted,

| OF COUNSEL: | ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General |
|---|---|
| HOWARD J. HOFFMAN<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>William Jefferson Clinton Building<br>1200 Pennsylvania Ave., NW<br>Mail Code 2344A<br>Washington, D.C. 20460<br><br>DATE: August 5, 2025 | *s/ Laura J. Glickman*<br>LAURA J. GLICKMAN<br>United States Department of Justice<br>Environment & Natural Resources Div.<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington D.C. 20044<br>202-514-6390<br>laura.glickman@usdoj.gov<br><br>*Counsel for Respondents* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Status Report was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record for Petitioners and all other parties, who have registered with the Court's CM/ECF system.

So certified this 5th day of August, 2025 by

*s/ Laura J. Glickman*
LAURA J. GLICKMAN
Counsel for Respondents